|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| Aparna VASHISHT-ROTA,<br><br>                                Plaintiff,<br><br>v.<br><br>HOWELL MANAGEMENT SERVICES, et al.,<br><br>                                Defendants. | Case No.: 25-cv-0179-AGS-VET<br><br>**ORDER STRIKING COMPLAINT (ECF 1) AND CLOSING CASE** |

Two weeks ago, this Court adjudged plaintiff Dr. Aparna Vashisht-Rota a "vexatious litigant" for repeated misbehavior, including filing multiple "objectively frivolous" suits against Howell Management Services and those in its immediate ambit arising from her short-lived employment there. *See Vashisht-Rota v. Howell Mgmt. Servs.*, No. 20-CV-0321-AGS-KSC, 2025 WL 268855, at *3 (S.D. Cal. Jan. 22, 2025). The day after that court order, Vashisht-Rota mailed in this suit, seeking once again to relitigate her claims against that ex-employer and various individuals involved in the business. (*See generally* ECF 1; *see also* ECF 1-4 (envelope dated "January 23, 2025").)

Based on her new vexatious-litigant restrictions, Vashisht-Rota "may not file any new cases" here without leave of court. To obtain such approval, she must first file a written request, including, among other things, a copy of her proposed complaint and a "declaration . . . under penalty of perjury that: (1) she has not previously brought a lawsuit arising out of the same facts—or the same transactional nucleus of facts—asserted in the new complaint; or (2) she has previously brought a lawsuit arising out of the same facts—or the same transactional nucleus of facts—asserted in the new complaint, but the relevant claims asserted in the prior lawsuit were not dismissed with prejudice." *Vashisht-Rota*, 2025 WL 268855, at *4. Her new proposed complaint (including attachments) is about 280 pages long, and it recycles claims that have been rejected by this Court. In her declaration, Vashisht-Rota claims otherwise "because some of the facts were not known to me till September 25, 2023." (ECF 1-1, at 2.) This is of no moment. The new proposed

1  complaint indeed arises from the same transactional nucleus of facts as her prior lawsuits.
2  So, it must be rejected.
3       The Court denies permission to file this suit. The Clerk is directed to **STRIKE** the
4  complaint from the record and close this case. It appears from the docket that no filing fee
5  was accepted from plaintiff. If a filing fee was collected, however, the Clerk must refund
6  it. *See Vashisht-Rota*, 2025 WL 268855, at *4. (requiring that "no filing fee shall be
7  accepted" if Vashisht-Rota is denied "advance[d] permission" to bring a new suit).
8  Dated:  February 5, 2025

Andrew G. Schopler
United States District Judge